FILED ENTERED
LODGED RECEIVED
NOV 18 2026
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

KYH
SES:2026R00643

USDC- BALTIMORE
'26 NOV 18 PM3:27

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.** SAG-26-408 |
| **v.** | * | |
| | * | **(Illegal Re-Entry of Removed Alien, 8 U.S.C. § 1326(a))** |
| **JESUS GONZALEZ ESPINOZA** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

*******

# INDICTMENT

## COUNT ONE
**(Illegal Re-Entry of Removed Alien)**

The Grand Jury for the District of Maryland charges that:

On or about May 19, 2026, in the District of Maryland, the defendant,

**JESUS GONZALEZ ESPINOZA,**

an alien who previously had been deported and removed, knowingly entered and was found in the United States of America, the said defendant having not obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to reapply for admission into the United States as required by law.

8 U.S.C. § 1326(a)

Kelly Hayes ks

Kelly O. Hayes
United States Attorney

SIGNATURE REDACTED

Foreperson